1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ADREANNA JOY PACINI,

Case No.   1:20-cv-01009-JDP

12

Plaintiff,

ORDER GRANTING MOTION TO
PROCEED IN FORMA PAUPERIS

13

v.

ECF No. 2

14

COMMISSIONER OF SOCIAL
SECURITY,

15

16

Defendant.

17

18

19

Plaintiff proceeds in this Social Security appeal represented by counsel.  Plaintiff moves

20

to proceed *in forma pauperis* under 28 U.S.C. § 1915.  ECF No. 2.  Plaintiff has submitted a

21

declaration regarding her financial circumstances.  *Id*.  Plaintiff's declaration satisfies the

22

requirements under § 1915.  The court will therefore grant plaintiff's motion to proceed *in*

23

*forma pauperis*.  The court will also direct a United States Marshal to serve defendant

24

Commissioner of Social Security.  *See* Fed. R. Civ. P. 4(c)(3).

25

**Order**

26

a.  Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

27

b.  The court orders service of process on defendant:

28

i.  The clerk must issue summons.

1

      ii.  The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

    iii.  Plaintiff must assist the marshal upon request.

    iv.  The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   July 23, 2020                         

UNITED STATES MAGISTRATE JUDGE

No. 204.

2